UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE:                                                          CASE NO. 15-50805 G
                                                                   CHAPTER 13

TANIKA J. CONVERSE

                                               JUDGE CRAIG A. GARGOTTA

            DEBTOR                          **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Mary K. Viegelahn files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**   HOME POINT FINANCIAL CORPORATION

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 5 | 7434 | $20,892.56 | $20,892.56 | $20,892.56 |
| Total Amount Paid by Trustee | | | | $20,892.56 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

  __   Through the Chapter 13 Conduit                  **X**    Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 15-50805 G

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 6th day of November, 2019.

TANIKA J. CONVERSE
208 HIGHLAND PLACE
CIBOLO, TX  78108

H ANTHONY HERVOL
4414 CENTERVIEW DR STE 207
SAN ANTONIO, TX  78228

HOME POINT FINANCIAL CORPORATION
P O BOX 790309
ST LOUIS, MO  63179

Stonegate Mortgage Corporation
157 S. Main St.
Mansfield, OH  44901

MACKIE WOLF ZIENTZ & MANN PC
PARKWAY OFFICE CENTER SUITE 900
14160 NORTH DALLAS PARKWAY
ATTENTION: MICHAEL ZIENTZ, ATTORNEY
DALLAS, TX  75254

HOME POINT FINANCIAL CORPORATION
11511 LUNA ROAD, SUITE 300
FARMERS BRANCH, TX  75234

Mackie Wolf & Zientz, P.C.
Attorneys At Law
Pacific Center 1, Suite 660
14180 North Dallas Parkway
Dallas, TX  75254

HOME POINT FINANCIAL CORPORATION
4849 GREENVILLE AVENUE, SUITE 800
DALLAS, TX  75206

United States Trustee

Date:  11/6/2019

/s/ Mary K. Viegelahn
Mary K. Viegelahn
Chapter 13 Trustee
10500 Heritage Blvd, Ste. 201
San Antonio, TX  78216